Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Spectrum Pharmaceuticals, Inc. v. Sandoz Inc.

No. 15-1407

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

____ Pro Se     _X_ As counsel for: Spectrum Pharmaceuticals, Inc. and University of Strathclyde
Name of party

I am, or the party I represent is (select one):

____ Petitioner   ____ Respondent   ____ Amicus curiae   ____ Cross Appellant
_X_ Appellant   ____ Appellee   ____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

____ Petitioner or appellant   ____ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Mark H. Izraelewicz |
| Law firm: | Marshall, Gerstein & Borun LLP |
| Address: | 233 S. Wacker Drive, 6300 Willis Tower |
| City, State and ZIP: | Chicago, IL 60606 |
| Telephone: | 312-474-6300 |
| Fax #: | 312-474-0448 |
| E-mail address: | mizraelewicz@marshallip.com |

Statement to be completed by counsel only (select one):

_X_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): January 29, 2004

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

____ Yes   _X_ No

____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| March 4, 2015 | /s/ Mark H. Izraelewicz |
| Date | Signature of pro se or counsel |

cc: Counsel for Sandoz Inc.