NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**SPECTRUM PHARMACEUTICALS, INC. AND UNIVERSITY OF STRATHCLYDE,**
*Plaintiffs-Appellants,*

v.

**SANDOZ INC.,**
*Defendant-Appellee.*

2015-1407

Appeal from the United States District Court for the District of Nevada in No. 2:12-cv-00111-GMN-NJK, Judge Gloria M. Navarro.

**ON MOTION**

PER CURIAM.

**O R D E R**

The appellants submit a motion for an injunction to prevent Sandoz Inc. from launching its generic version of the pharmaceutical product at issue in this case pending disposition of this appeal. The appellants also request a temporary injunction pending this court's disposition of the motion for an injunction. Sandoz Inc. submits a

letter, indicating that it intends to expedite the filing of its response no later than March 11, 2015.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Sandoz is directed to respond to the motion no later than March 11, 2015. Any reply is due no later than March 13, 2015.

(2) Sandoz is temporarily enjoined from launching its generic product, pending this court's ruling on the motion for an injunction.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s8