**FORM 26.  Docketing Statement**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### No. 2015-1407

Spectrum Pharmaceuticals, Inc. and University of Strathclyde

### v.

Sandoz Inc.

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing.  When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing.  All questions must be answered or the statement will be rejected.

Name of the party you represent  Spectrum Pharmaceuticals, Inc. and University of Strathclyde

Party is (select one)       ☑ Appellant/Petitioner       ☐ Cross-Appellant
                            ☐ Appellee/Respondent         ☐ Intervenor

Tribunal appealed from and Case No.  Dist. Court, U.S. Dist. of Nevada, 2:12-cv-0111-GMN-NJK

Date of Judgment/Order 2/20/15         Type of Case Patent Infringement

Relief sought on appeal
Reversal of the court's decision on invalidity and noninfringement.

Relief awarded below (if damages, specify)
Ruling that claims 1 and 2 of U.S. Patent No. 6,500,829 are invalid, that claims 5-9 are not infringed, and denying Appellants' request for injunctive relief pursuant to 35 U.S.C. § 271(e)(4)(A).

Briefly describe the judgment/order appealed from

The district court's ruling that claims 1 and 2 of U.S. Patent No. 6,500,829 are invalid for obviousness (Dkt. 368); the district court's grant of summary judgment in favor of Sandoz finding that claims 5-9 of U.S. Patent No. 6,500,829 would not be infringed by Sandoz's proposed activities (Dkt. 313). Final judgment was entered on February 20, 2015 (Dkt. 366).

**FORM 26.  Docketing Statement (continued)**

Nature of judgment (select one)

☑ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; *see* Fed. Cir. R. 28(a)(5)) _____

_____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued     _____

N/A

_____

Brief statement of the issues to be raised on appeal _____

Whether the district court erred (1) in ruling that claims 1 and 2 of U.S. Patent No. 6,500,829 are invalid for obviousness; and (2) in ruling that claims 5-9 of U.S. Patent No. 6,500,829 would not be infringed by Sandoz's proposed sale and importation of its ANDA products.

Have there been discussions with other parties relating to settlement of this case?

☑ Yes   ☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☑ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?     ☑ Yes   ☐ No

If they were mediated, by whom? _____

Mag. Judge Nancy J. Koppe (D. Nev.); Mag. Judge Robert J. Johnston (D. Nev.)

**FORM 26.   Docketing Statement (continued)**

Do you believe that this case may be amenable to mediation?     ☐ Yes   ☑ No

If you answered no, explain why not __

Appellants are willing to discuss settlement but believe that mediation will not lead to settlement of the case.

Provide any other information relevant to the inclusion of this case in the court's mediation program. _____

N/A

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this 17th day of March , 2015

by: the Court's CM/ECF system.
(manner of service)

Mark H. Izraelewicz                    /s/ Mark H. Izraelewicz
Name of Counsel                        Signature of Counsel

Law Firm Marshall, Gerstein & Borun LLP

Address 233 S. Wacker Dr., Suite 6300

City, State, ZIP Chicago, IL  60606

Telephone Number 312.474.6300

FAX Number 312.474.0448

E-mail Address mizraelewicz@marshallip.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on March 17, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.


March 17, 2015                    /s Mark H. Izraelewicz
                                  Mark H. Izraelewicz
                                  Counsel for Plaintiffs-Appellants
                                  Spectrum Pharmaceuticals, Inc. and
                                  University of Strathclyde