NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**SPECTRUM PHARMACEUTICALS, INC., UNIVERSITY OF STRATHCLYDE,**
*Plaintiffs-Appellants*

v.

**SANDOZ INC.,**
*Defendant-Appellee*

2015-1407

Appeal from the United States District Court for the District of Nevada in No. 2:12-cv-00111-GMN-NJK, Judge Gloria M. Navarro.

**ON MOTION**

Before NEWMAN, LOURIE, and CHEN, *Circuit Judges.*

Order for the court filed by *Circuit Judge* LOURIE.

Dissenting opinion filed by *Circuit Judge* NEWMAN.

LOURIE, *Circuit Judge.*

**O R D E R**

The appellants move for an injunction to prevent Sandoz Inc. from launching its generic levoleucovorin product pending disposition of this appeal. Sandoz opposes the motion.

On March 6, 2015, this court ordered that "Sandoz is temporarily enjoined from launching its generic product, pending this court's ruling on the motion for an injunction."

Rule 8(a)(2) of the Federal Rules of Appellate Procedure authorizes this court to grant an injunction while an appeal is pending. Our determination is governed by four factors: (1) whether the stay applicant had made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent an injunction; (3) whether issuance of the injunction will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. *Hilton v. Braunskill,* 481 U.S. 770, 776 (1987).

Based on the arguments in the motions papers, and without prejudicing the ultimate disposition of this case by a merits panel, we conclude that appellants have not demonstrated entitlement to an injunction pending appeal.

Accordingly,

IT IS ORDERED THAT:

(1) The motion for an injunction is denied.

(2) The temporary injunction put in place by this court's March 6, 2015 order is now lifted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s19

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**SPECTRUM PHARMACEUTICALS, INC.,
UNIVERSITY OF STRATHCLYDE,**
*Plaintiffs-Appellants*

v.

**SANDOZ INC.,**
*Defendant-Appellee*

2015-1407

Appeal from the United States District Court for the District of Nevada in No. 2:12-cv-00111-GMN-NJK, Judge Gloria M. Navarro.

NEWMAN, *Circuit Judge*, dissenting.

I would leave the preliminary injunction in place pending resolution of the merits. The patent was duly examined and granted, and the patentee had the right to rely on the patent in developing this medical product. On the record at this stage, it is not apparent that the presumption of validity will be overcome by clear and convincing evidence. This aspect, and the irreparability of harm if the injunction were prematurely lifted, counsel preservation of the status quo pending resolution of the issue.